IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SAFEWAY INSURANCE COMPANY                                                    PLAINTIFF

VS.                                                      CIVIL ACTION NO. 1:13CV69-SA-DAS

LAKETTA JEFFERSON, ET AL                                                    DEFENDANTS

## AGREED ORDER OF DISMISSAL

UPON consideration of the parties' Joint Motion, it is hereby ORDERED that Plaintiff's complaint, and all its claims, is hereby DISMISSED with PREJUDICE.

Each party to bear their own costs.

SO ORDERED and ADJUDGED, this the 2nd day of October, 2014.

                                                   /s/ Sharion Aycock
                                                  UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM:

*/s/ Bennie L. Jones, Jr.*
BENNIE L. JONES, JR., MSB #3587
Attorney for Defendants

*/s/ H. Scot Spragins*
H. SCOT SPRAGINS, MSB#7748
Attorney for Plaintiff